Linder v. Smith.

Filed April 6, 1892.

---

No. 15,769.

## LINDER v. SMITH.

PLEADING.—*Complaint.*—If the plaintiff is entitled to any substantial relief, on the facts stated in his complaint, a demurrer thereto should be overruled.

From the Madison Circuit Court.

*W. A. Kittinger* and *L. M. Schwinn*, for appellant.
*J. W. Lovett* and, *S. M. Keltner*, for appellee.

COFFEY, J.—This was an action in the Madison Circuit Court to recover a personal judgment for material furnished

and work and labor done and performed in the construction of a cistern.

Coupled with the allegations necessary to the recovery of a personal judgment were allegations seeking to foreclose a mechanic's lien.

The court overruled a demurrer to the complaint, and this ruling is the only one discussed by counsel in their briefs.

The court did not err in this ruling.

Independent of the right to a mechanic's lien the complaint was good as an action for a personal judgment. If a plaintiff is entitled to any substantial relief on the facts stated in his complaint, a demurrer thereto should be overruled. *Howe* v. *Dibble*, 45 Ind. 120.

Judgment affirmed.

Filed April 8, 1892.